1  **Marissa Warren, State Bar No. 249583**
   **Jason Scupine, State Bar No. 150867**
2  **Email: mwarren@ljdfa.com / jscupine@ljdfa.com**
   **LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES**
3  **701 North Brand Blvd., Suite 600**
   **Glendale, California 91203-9877**
4  **Telephone (213) 426-3600 • Facsimile (213) 426-3650**

5  Attorneys for Defendant, GARFIELD BEACH CVS, L.L.C., erroneously
   sued and served as CVS PHARMACY, INC.

6

7

8               **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10          **ROBERT E. COYLE FEDERAL COURTHOUSE**

11

12  RITA WOMACK,                          CASE NO.:
                                          [Removal from Superior Court of California, Kern County,
13              Plaintiff,                Case No.: BCV-22-101124]

14      vs.                               **CERTIFICATE OF INTERESTED**
                                          **PARTIES**
15  CVS PHARMACY, INC.; DOES 1 to
    20, inclusive,                        *[Filed concurrently with Notice of Removal;*
16                                        *Civil Cover Sheet; Declaration of Jason*
                Defendants.               *Scupine; Declaration of Melanie K. St.*
17                                        *Angelo; and Exhibits]*

18                                        ACTION FILED: 05/16/22

19

20      TO  THE  UNITED  STATES  DISTRICT  COURT  FOR  THE  EASTERN

21  DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD:

22      Pursuant to Rule 7.1-1 of the Federal Rules of Civil Procedure, the undersigned,

23  counsel of record for Defendant, GARFIELD BEACH CVS, L.L.C., erroneously sued and

24  served as CVS PHARMACY, INC., certify that the following have a pecuniary interest in

25  the outcome of this case.  These representations are made to enable the Court to evaluate

26  possible disqualification or recusal.

27      1.      Plaintiff, RITA WOMACK;

28  ///

*LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES*

\\ljdfasapdc1\d
ocuments\654
1.43139
womack\pl -
pleadings

- 1 -
CERTIFICATE OF INTERESTED PARTIES

2.      Attorneys for Plaintiff, Gene J. Goldsman, Esq. of the Law Offices of Gene J. Goldsman;

3.      Defendant, GARFIELD BEACH CVS, L.L.C.;

4.      Sole member of Garfield Beach CVS, L.L.C., CVS Pharmacy, Inc.;

5.      Parent company to Defendant, CVS Health Corporation; and,

6.      Attorneys for Defendant, LaFollette, Johnson, DeHaas, Fesler & Ames.


Dated:  June 15, 2022            LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES


By:     _____
        JASON SCUPINE
        Attorneys for Defendant, GARFIELD BEACH
        CVS, L.L.C., erroneously sued and served as CVS
        PHARMACY, INC.

CERTIFICATE OF INTERESTED PARTIES