```
Marissa Warren, State Bar No. 249583
Jason Scupine, State Bar No. 150867
Email: mwarren@ljdfa.com / jscupine@ljdfa.com
LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
701 North Brand Blvd., Suite 600
Glendale, California 91203-9877
Telephone (213) 426-3600 • Facsimile (213) 426-3650

Attorneys for Defendant, GARFIELD BEACH CVS, L.L.C.,
erroneously sued and served as CVS PHARMACY, INC.
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# ROBERT E. COYLE FEDERAL COURTHOUSE

| | |
|---|---|
| RITA WOMACK,<br><br>   Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, INC.; DOES 1 to 20, inclusive,<br><br>   Defendants. | CASE NO.:<br>[Removal from Superior Court of California, Kern County, Case No.: BCV-22-101124]<br><br>**DECLARATION OF MELANIE K. ST. ANGELO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Notice of Interested Parties; Declaration of Jason Scupine; and Exhibits]*<br><br>ACTION FILED: 05/16/22 |

I, Melanie K. St. Angelo, formerly Melanie K. Luker, hereby declare as follows:

1. I am currently a Senior Manager, Corporate Services for Defendant, GARFIELD BEACH CVS, L.L.C. I am also identified as "Secretary" in documents filed with the Secretary of State on behalf of Defendant herein. I make this Declaration in support of Defendant's Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446. All of the information set forth herein is based on my personal knowledge, or information and belief based on where stated, and if called and sworn as a witness, I could and would competently testify thereto.

///

- 1 -
DECLARATION OF MELANIE K. ST. ANGELO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

2. CVS Pharmacy, Inc. is a corporation incorporated under the laws of the State of Rhode Island with its principal place of business, headquarters, and center of direction, control, and coordination in Woonsocket, Rhode Island. Attached hereto as **Exhibit C** is a true and correct copy of the Business Search - Entity Detail for CVS Pharmacy, Inc., verifying the above.

3. Garfield Beach CVS, L.L.C. is a limited liability company organized under the laws of the State of California. Garfield Beach CVS, L.L.C. has a sole member, CVS Pharmacy, Inc.

4. Garfield Beach CVS, L.L.C. is registered with the Secretary of State of California as a limited liability company. Attached hereto as **Exhibit D** is a true and correct copy of 2021 Secretary of State, Statement of Information (Limited Liability Company), signed by this declarant on June 29, 2021, filed on behalf of Garfield Beach CVS, L.L.C., indicating that the sole member of Garfield Beach CVS, L.L.C. is CVS Pharmacy, Inc., a Rhode Island Corporation.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct, and that this declaration is being executed on the 2nd day of June, 2022, in the City and State of Woonsocket, Rhode Island.

Melanie K. St. Angelo, Declarant

# EXHIBIT C

**Alex Padilla**
**California Secretary of State**


# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, September 26, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2543240    CVS PHARMACY, INC.

| | |
|---|---|
| **Registration Date:** | 07/02/2003 |
| **Jurisdiction:** | RHODE ISLAND |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | ONE CVS DRIVE |
| | WOONSOCKET RI 02895 |
| **Entity Mailing Address:** | ONE CVS DRIVE |
| | WOONSOCKET RI 02895 |

A Statement of Information is due EVERY year beginning five months before and through the end of July.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 07/11/2019 | |
| SI-COMPLETE | 04/06/2018 | |
| REGISTRATION | 07/02/2003 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |



# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

F

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | | |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

DATE   TYPE/PRINT NAME OF PERSON COMPLETING FORM   TITLE   SIGNATURE

SI-350 (REV 01/2013)   APPROVED BY SECRETARY OF STATE

# EXHIBIT D

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | CVS PHARMACY, INC. |
| Entity (File) Number: | C2543240 |
| File Date: | 06/29/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | RHODE ISLAND |
| Document ID: | GU41751 |

**Detailed Filing Information**

1. Entity Name: CVS PHARMACY, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:
   1 CVS Drive
   Woonsocket, Rhode Island 02895
   United States of America

   c. Street Address of Principal Executive Office:
   1 CVS Drive
   Woonsocket, Rhode Island 02895
   United States of America

3. Officers:
   a. Chief Executive Officer:
   CAROL A DENALE
   1 CVS Drive
   Woonsocket, Rhode Island 02895
   United States of America

   b. Secretary:
   THOMAS S MOFFATT
   1 CVS Drive
   Woonsocket, Rhode Island 02895
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GU41751

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

CAROL A DENALE
1 CVS Drive
Woonsocket, Rhode Island 02895
United States of America

4.  Director:  Not Applicable

Number of Vacancies on the Board of Directors:  Not Applicable

5.  Agent for Service of Process:  C T CORPORATION SYSTEM (C0168406)

6.  Type of Business:  PHARMACY

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:  MELANIE K ST ANGELO

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GU41751